```
 1
 2
 3
 4                                          JS-6
 5
 6
 7
 8              UNITED STATES DISTRICT COURT
 9              CENTRAL DISTRICT OF CALIFORNIA
10
11   UNITED STATES OF      )  Case No. EDCV 08-0632-VAP
     AMERICA,              )  (OPx)
12                         )
               Plaintiff,  )  JUDGMENT
13                         )
          v.               )
14                         )
     $17,100 IN U.S.       )
15   CURRENCY,             )
                           )
16             Defendant.  )
     _____)
17
18
19
```

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Minute Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff the United States of America.

   It is ORDERED, ADJUDGED, and DECREED that all rights, title, and interest of all potential claimants in and to the defendant is condemned and forfeited to the United

States of America, which shall dispose of the defendant according to law.

Dated: March 24, 2010

VIRGINIA A. PHILLIPS
United States District Judge